# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| JOSEPH P. CARSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 3:10-CV-56 (Phillips) |
| UNITED STATES DEPARTMENT OF JUSTICE | ) ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss the complaint filed by respondent, United States Department of Justice. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the respondent's motion,

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is **GRANTED**; and that this action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this \_\_\_\_\_ day of May 2010.


                                                s/ Patricia L. McNutt
                                              Clerk of Court